**Electronically Filed
Supreme Court
SCWC-18-0000301
18-MAR-2020
01:50 PM**

SCWC-18-0000301

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

In re Sanctions Against EARLE A. PARTINGTON and
ROBERT PATRICK MCPHERSON, Petitioners/Real Parties in Interest,
in
STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,
vs.
MAGGIE KWONG, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000301; CASE NO. 1DTA-17-02539)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed March 5, 2020, is corrected as follows:

On page 1, line 3, the name "Earl" is corrected to read, "Earle."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, March 18, 2020.

/s/ Sabrina S. McKenna

Associate Justice

